[No. 19413-2-III.   Division Three.   June 12, 2001.]

RICHARD SPIES, ET AL., *Appellants*, v. FOOTHILLS RECREATION SITE LAND OWNERS ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-04575-7, Michael E. Donohue, J., entered May 30, 2000. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis and Kato, JJ.

[No. 19332-2-III.   Division Three.   June 14, 2001.]

SPOKANE TEACHERS CREDIT UNION, *Respondent*, v. DELBERT MALLERY, ET AL., *Defendants*, AMERICAN NORTHWEST CONSTRUCTION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-00692-3, Michael E. Donohue, J., entered April 13, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 19392-6-III.   Division Three.   June 14, 2001.]

EDWARD L. HART, *Appellant*, v. GREYHOUND LINES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-2-00276-6, Michael E. Cooper, J., entered May 22, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19416-7-III.   Division Three.   June 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LESLIE SAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00088-2, Craig J. Matheson, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.